**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARAIAH GOODMAN,<br>1213 West Clay St.<br>Richmond, VA 23220,<br><br>BERNIS YUKSEKGONULK,<br>9540 Fairfax Ave., #1305<br>Fairfax, VA 22031<br><br>BEVERLY FLETCHER<br>3326 Curtis Dr., #202<br>Suitland, MD 20746<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>      v.<br><br>476 K, LLC dba CLOAKROOM<br>476 K St., NW<br>Washington, DC 20001<br><br>ANTONIOS CAVASILIOS<br>449 Salk Circle<br>Gaithersburg, MD 20878<br><br>ANDRE de MOYA<br>3315 Vandever Street<br>Brookeville, DC 20833 | **COLLECTIVE ACTION**<br><br><br>Case No. 1:21-cv-03383-TNM |

**COME NOW** plaintiffs Saraiah Goodman, Bernis Yuksekgonul, and Beverly Fletcher (collectively, "Plaintiffs"), named plaintiffs herein, by and through their undersigned counsel, hereby give notice of the attached "Consent to Sue" form with respect to the following person:

- Anelia Doseva

**DATED** this January 21, 2022

By: /s/ *John P. Kristensen*

John Kristensen, Esq.
USDC DC Bar ID CA00084
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*kristensen@cz.law*
***Attorneys for Plaintiffs and all others similarly situated***

## CERTIFICATE OF SERVICE

I certify that on Friday, January 21, 2022 a true and correct copy of the attached **PLAINTIFFS' SECOND NOTICE OF CONSENT TO JOIN** was served via U.S. Mail upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

476 K, LLC dba Cloakroom
c/o Antonios Cavasillos
476 K Streetm North West
Washington, D.C. 20011

*Defendant*

Andre de Moya
3315 Vandever Street
Brookeville, MD 20833

*Defendant*

Antonios Cavasillos
449 Salk Circle
Gaithersburg, MD 20878

*Defendant*

*/s/ John P. Kristensen*
John P. Kristensen