Re: Cloakroom Gentlemen's Club

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of my performing at Cloakroom Gentlemen's Club in connection with the above-referenced lawsuit.

2. I work/worked as an exotic dancer for Cloakroom Gentlemen's Club in Washington, D.C. from approximately 2018 to March 2020.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or resolutions of this action under the federal wage law.

4. I hereby designate John P. Kristensen of Carpenter & Zuckerman at 8827 West Olympic Blvd, Beverly Hills, CA 90211 to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning all aspects of the litigation.

Signature: *Anelia Doseva*
Date: 1/20/2022
Name: Anelia Doseva

Send your consent form to any of the following firms, via e-mail, fax, U.S. Mail, screenshot then e-mail or screenshot and text**:

John P. Kristensen
**CARPENTER & ZUCKERMAN**
8827 W Olympic Blvd.
Beverly Hills, CA 90211
Telephone: (310)273-1230
**Text or Call: (310) 913-1201
Fax: (310) 858-1063
kristensen@cz.law
dancersrights@czrlaw.com