**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SARAIAH GOODMAN, et al. | ) ) ) ) | **COLLECTIVE ACTION** |
| Plaintiffs, | ) ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) ) | |
| 476 K, LLC dba CLOAKROOM, et al. | ) ) | Case No. 1:21-cv-03383-TNM |
| Defendants | ) ) | Complaint Filed: December 30, 2021 |

**COME NOW** plaintiffs Saraiah Goodman, Bernis Yuksekgonul, Beverly Fletcher, Cassie Allison, Jin Kim, Anelia Doseva, and Jaiden Morris (collectively, "Plaintiffs"), and informs this Court that Plaintiffs and defendants 476 K, LLC dba Cloakroom, Antonios Cavasilios, Andre de Moya, Kamran Ali, and District Dolls, LLC (collectively "Defendants") reached an agreement in principle on October 13, 2022.

Plaintiffs request that this Court vacate all pending dates and deadlines and allow thirty (30) days within which to file a motion for approval pursuant to the Fair Labor Standards Act.

**DATED** this October 13, 2022

By: /s/ *John P. Kristensen*

John Kristensen, Esq.
USDC DC Bar ID CA00084
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*kristensen@cz.law*

***Attorneys for Plaintiffs and all others similarly situated***

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on Thursday, October 13, 2022 a true and correct copy of the attached **NOTICE OF SETTLEMENT** was served via ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Barry Coburn, Esq.
**COBURN & GREENBAUM PLLC**
1710 Rhode Island Avenue, N.W. Second Floor
Washington, D.C. 20036
Telephone: (202) 643-9472
Facsimile: (866-561-9712
*barry@coburngreenbaum.com*

***Counsel for Defendant Andre de Moya***

Jonathan N. Rosen
Bob Cocchia, Esq.
Ivan L. Tjoe, Esq.
**RIMÔN PC**
2029 Century Park East, Suite 400M
Los Angeles, California 90067
Telephone: (213) 314-2938
*jonathan.rosen@rimonlaw.com*
*robert.cocchia@rimonlaw.com*
*ivan.tjoe@rimonlaw.com*

***Counsel for Defendants 476 K, LLC dba Cloakroom & Antonios Cavasilios***

Via <u>US Mail</u> upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Kamran Ali
11486 Brundidge Ter.
Germantown, MD 20876

*/s/ John P. Kristensen*
John P. Kristensen